IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA,<br><br>        Plaintiff,<br>  v.<br><br>CHEVRONTEXACO CORP.,<br><br>        Defendant<br>_____/ | No. 04-4606 MMC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

    On January 28, 2005, the Court, upon stipulation of the parties, stayed the above-titled action, in order to enable plaintiff to exhaust defendant's internal alternative dispute resolution procedures. In light of the parties' representation that exhaustion of the internal proceedings would take approximately six months, the Court directed the parties to file a status report no later than July 29, 2005.

    On July 29, 2005, defendant filed a status report, indicating the parties were in communication regarding whether and to what extent they should request an extension of the existing stay. Defendant represented that the parties anticipated filing, by August 1, 2005, another report. No date, neither party has filed such a status report.

    Accordingly, the Court hereby schedules a case management conference for September 23, 2005, at 10:30 a.m. A joint case management statement shall be filed no later than September 16, 2005.

    **IT IS SO ORDERED.**

Dated: September 12, 2005

                                            MAXINE M. CHESNEY
                                            United States District Judge