CHARLES A. BONNER, ESQ.  SB# 85413
A. CATHERINE LAGARDE, ESQ. SB# 209255
**LAW OFFICES OF CHARLES A. BONNER**
180 HARBOR DRIVE, SUITE 227
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF
FRANK J. CAMBRA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA, | Case No: **C 04 4606 MMC** |
| Plaintiff, | **CONSENT TO ALLOW PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |
| vs. | |
| CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION, and DOES 1 through 50, inclusive, | |
| Defendants. | |
| _____/ | |

All parties consent to allow plaintiff leave to file his Amended Complaint.

1. Plaintiff is Frank J. Cambra;  Plaintiff erroneously named Chevron Texaco as the defendant in this lawsuit.  Plaintiff was subsequently informed by defense counsel that the proper Chevron entity to be named is "CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM.  "Texaco" was dropped from the company names, and in that process CHEVRONTEXACO OVERSEAS PETROLEUM ("CTOP") was changed to "CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION"

1     2.     On October 29, 2004, Plaintiff sued defendant for employment discrimination (title VII, ADA, CA Government Code sec. 12900 et seq.); Violation of § 17200 of the Cal.Bus. & Profession Code; Violation of Public Policy; Breach of Contract; Intentional infliction of emotional distress; Wrongful termination; Slander; Invasion of privacy; and Negligence.

5     3.     Defendant filed an answer on January 11, 2005.

6     4.     On January 27, 2005, the parties stipulated to request an order to stay litigation pending exhaustion of defendant's internal ADR Procedures. The Court granted the order to stay the litigation.

9     5.     On September 23, 2005, all parties participated in a Case Management Conference, where the issue of the wrongly named defendant was brought to the attention of the Court. On October 12, 2005, defense counsel provided the name fo the proper Chevron entity to be named in an e-mail to Plaintiff's counsel.

13     6.     All parties consent to allow plaintiff to file his amended complaint along with this consent.

DATED: <u>October 26, 2005.</u>

**LAW OFFICES OF CHARLES A. BONNER**

By:_____/s/_____
    A. Catherine Lagarde, Esq.
    Attorney for Plaintiff

DATED: <u>October 26, 2005.</u>

**MILLER LAW GROUP**

By:_____/s/_____
    Kerry McInerney Freeman, Esq.
    Attorney for Defendant

Dated: October 27, 2005

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA