Michele Ballard Miller (CSBN 104198)
Kerry McInerney Freeman (CSBN 184764)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
CHEVRON INTERNATIONAL EXPLORATION
& PRODUCTION, formerly known as
CHEVRONTEXACO OVERSEAS PETROLEUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION; formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, and Does 1 through 50, inclusive<br><br>　　　　　Defendant. | Case No.: C 04 4606 MMC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR AN ORDER EXTENDING THE DEADLINE TO CONDUCT THE EARLY NEUTRAL EVALUATION SESSION**<br><br>Complaint filed: October 29, 2004 |

　　　　Pursuant to Civil Local Rule 7-11 and ADR Local Rule 5-5, Defendant Chevron International Exploration & Production, formerly known as ChevronTexaco Overseas Petroleum, and Plaintiff Frank J. Cambra, through their respective attorneys, filed a Joint Motion For An Order Extending The Deadline To Conduct The Early Neutral Evaluation Session. The Court having reviewed all of the papers and evidence filed in connection with this motion, and having good cause for the requested extension, hereby

1  GRANTS the motion. The new deadline for the parties to conduct the Early Neutral
2  Evaluation session is January 30, 2006.

   IT IS SO ORDERED.

Dated: November 17, 2005

_____
United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION FOR AN ORDER EXTENDING THE DEADLINE
TO CONDUCT THE EARLY NEUTRAL EVALUATION SESSION
Case No. C 04 4606 MMC