**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA, | No. C 04-4606 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S EXPEDITED MOTION FOR LEAVE TO TAKE ORAL DEPOSITION** |
| v. | |
| CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION, | |
| Defendant | |

_____/

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Expedited Motion for Leave to Take Oral Deposition, filed June 26, 2006, is referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: June 27, 2006

MAXINE M. CHESNEY
United States District Judge