Michele Ballard Miller (CSBN 104198)
Kerry McInerney Freeman (CSBN 184764)
Lisa C. Hamasaki (CSBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
CHEVRON INTERNATIONAL EXPLORATION
& PRODUCTION, formerly known as
CHEVRONTEXACO OVERSEAS PETROLEUM

Charles A. Bonner (CSBN 85413)
A. Catherine Lagarde (CSBN 209255)
LAW OFFICE OF CHARLES A. BONNER
180 Harbor Drive, Suite 227
Sausalito, CA 94965
Tel. (415) 331-3070
Fax (415) 331-2738

Attorneys for Plaintiff
FRANK J. CAMBRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION; formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, and Does 1 through 50, inclusive<br><br>Defendant. | Case No.: C 04 4606 MMC<br><br>**STIPULATION EXTENDING DATE FOR DESIGNATION OF REBUTTAL EXPERT WITNESSES and [PROPOSED] ORDER**<br><br>Complaint filed: October 29, 2004<br><br>Trial Date: November 6, 2006 |

1  Plaintiff FRANK CAMBRA ("Plaintiff") and Defendant CHEVRON
2  INTERNATIONAL EXPLORATION & PRODUCTION COMPANY, a division of Chevron
3  U.S.A. Inc., formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM ("CIEP" or
4  "Defendant"), through their respective attorneys, hereby stipulate to extend the deadline to
5  designate rebuttal expert witnesses from July 7, 2006 to July 24, 2006. This is the first such
6  extension in this matter and good cause exists for this extension.

IT IS SO STIPULATED AND AGREED.

Dated: June 26, 2006

MILLER LAW GROUP
A Professional Corporation

By: /s/ Lisa C. Hamasaki
Lisa C. Hamasaki
Attorneys for Defendants CHEVRON
INTERNATIONAL EXPLORATION &
PRODUCTION COMPANY, a division of
Chevron U.S.A. Inc., formerly known as
CHEVRONTEXACO OVERSEAS
PETROLEUM

Dated: June 23, 2006

LAW OFFICE OF CHARLES BONNER

By: /s/ A. Catherine Lagarde
A. Catherine Lagarde
Attorneys for Plaintiff FRANK CAMBRA

---

STIPULATION EXTENDING DATE FOR DESIGNATION OF REBUTTAL EXPERT WITNESSES
Case No. C 04 4606 MMC

## ORDER

The parties last day to disclose rebuttal expert witnesses is moved from July 7, 2006 to July 24, 2006.

**IT IS SO ORDERED.**

Dated: June 28, 2006

_____
UNITED STATES DISTRICT JUDGE