UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK J. CAMBRA,

       Plaintiff,

       v.

CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION,

       Defendant.
_____/

No. C 04-4606 MMC (EDL)

REASSIGNMENT ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for discovery. Given the Court's unavailability and the fact that Plaintiff styled his motion as "expedited", this matter shall be reassigned forthwith to another magistrate judge.

IT IS SO ORDERED.

Dated: June 29, 2006

                                              *Elizabeth D. Laporte*
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge