Michele Ballard Miller (CSBN 104198)
Kerry McInerney Freeman (CSBN 184764)
Lisa C. Hamasaki (CSBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
CHEVRON INTERNATIONAL EXPLORATION
& PRODUCTION, formerly known as
CHEVRONTEXACO OVERSEAS PETROLEUM

Charles A. Bonner (CSBN 85413)
A. Catherine Lagarde (CSBN 209255)
LAW OFFICE OF CHARLES A. BONNER
1913 Bridgeway
Sausalito, CA  94965
Tel. (415) 331-3070
Fax (415) 331-2738

Attorneys for Plaintiff
FRANK J. CAMBRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANK J. CAMBRA, | Case No.: C 04 4606 MMC |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING DATE FOR DESIGNATION OF PSYCHOLOGICAL OR PSYCHIATRIC REBUTTAL EXPERT WITNESSES and [PROPOSED] ORDER** |
| v. | |
| CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION; formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, and Does 1 through 50, inclusive | Complaint filed:  October 29, 2004 |
| | Trial Date:  November 6, 2006 |
| Defendant. | |

1   Plaintiff FRANK CAMBRA ("Plaintiff") and Defendant CHEVRON
2   INTERNATIONAL EXPLORATION & PRODUCTION COMPANY, a division of Chevron
3   U.S.A. Inc., formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM ("CIEP" or
4   "Defendant"), through their respective attorneys, hereby stipulate to extend the deadline to
5   designate psychological or psychiatric rebuttal expert witnesses, and the deadline to
6   exchange rebuttal expert reports from such experts, from July 24, 2006 until July 31, 2006.
7   Good cause exists for this extension because the parties are working cooperatively to
8   schedule an independent medical examination for the Plaintiff and the scheduling of such
9   examination necessitates the need to extend these deadlines.

11   The deadline to designate rebuttal expert witness on any other subject will
12   remain July 24, 2006 as currently set.

14   IT IS SO STIPULATED AND AGREED.

16   Dated: July 7, 2006                MILLER LAW GROUP
17                                       A Professional Corporation

19                                       By: _____/s/_____.
                                         Lisa C. Hamasaki
20                                       Attorneys for Defendants CHEVRON
                                         INTERNATIONAL EXPLORATION &
21                                       PRODUCTION COMPANY, a division of
                                         Chevron U.S.A. Inc., formerly known as
22                                       CHEVRONTEXACO OVERSEAS
                                         PETROLEUM

24   Dated: July 7, 2006                LAW OFFICE OF CHARLES BONNER

27                                       By: _____/s/_____.
                                         A. Catherine Lagarde
28                                       Attorneys for Plaintiff FRANK CAMBRA

**STIPULATION EXTENDING DATE FOR DESIGNATION OF PSYCHOLOGICAL OR PSYCHIATRIC REBUTTAL EXPERT WITNESSES; [PROPOSED] ORDER**
**Case No. C 04 4606 MMC**

**ORDER**

The parties last day to disclose psychological or psychiatric rebuttal expert witnesses and to exchange any rebuttal expert reports from such witnesses is moved from July 24, 2006 to July 31, 2006.

**IT IS SO ORDERED.**

Dated: July 7, 2006

_____
UNITED STATES DISTRICT JUDGE