Michele Ballard Miller (CSBN 104198)
Kerry McInerney Freeman (CSBN 184764)
Lisa C. Hamasaki (CSBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
CHEVRON INTERNATIONAL EXPLORATION
& PRODUCTION, formerly known as
CHEVRONTEXACO OVERSEAS PETROLEUM

Charles A. Bonner (CSBN 85413)
A. Catherine Lagarde (CSBN 209255)
LAW OFFICE OF CHARLES A. BONNER
1913 Bridgeway
Sausalito, CA 94965
Tel. (415) 331-3070
Fax (415) 331-2738

Attorneys for Plaintiff
FRANK J. CAMBRA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION; formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM, and Does 1 through 50, inclusive<br><br>　　　　Defendant. | Case No.: C 04 4606 MMC<br><br>**STIPULATION SETTING BRIEFING SCHEDULE ON PARTIES' DISCOVERY MOTIONS; [PROPOSED] ORDER**<br><br>Complaint filed: October 29, 2004<br><br>Trial Date: November 6, 2006 |

Plaintiff FRANK CAMBRA ("Plaintiff") has filed a discovery motion with the Court entitled Plaintiff's Expedited Motion For Leave To Take Oral Deposition ("Plaintiff's Motion) and Defendant CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY, a division of Chevron U.S.A. Inc., formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM ("Defendant"), anticipates filing a discovery motion with the Court setting forth discovery issues that Defendant has been unable to resolve through meet-and-confer with the Plaintiff ("Defendant's anticipated motion"). Accordingly, Plaintiff and Defendant, through their respective attorneys, hereby stipulate to the following briefing schedule for both Plaintiff's Motion and Defendant's anticipated motion, subject to the Court's approval:

- Defendant's anticipated motion shall be filed and served no later than Thursday, ~~June~~ July 13, 2006 if it is to fall within the briefing scheduled outlined herein;

- The hearing on both Plaintiff's Motion and Defendant's anticipated motion shall take place on either July 20, 21, or 24 at 3:00 p.m.;

- Any papers filed in opposition to either Plaintiff's Motion or Defendant's anticipated motion shall be filed and served two court days before the hearing set by this Court;

- Defense counsel shall be entitled to appear telephonically at the scheduled hearing if needed due to potential scheduling conflicts on the proposed hearing dates;

/ / /
/ / /

1  ▪  Both parties waive the right to file reply papers in support of their
2  respective motions.
3
4  IT IS SO STIPULATED AND AGREED.
5
6  Dated: July 7, 2006                              MILLER LAW GROUP
                                                    A Professional Corporation
7
8
                                                    By: _____/s/_____.
9                                                       Lisa C. Hamasaki
                                                        Attorneys for Defendants CHEVRON
10                                                      INTERNATIONAL EXPLORATION &
11                                                      PRODUCTION COMPANY, a division of
                                                        Chevron U.S.A. Inc., formerly known as
12                                                      CHEVRONTEXACO OVERSEAS
                                                        PETROLEUM
13
14 Dated: July 7, 2006                              LAW OFFICE OF CHARLES BONNER
15
16
                                                    By: _____/s/_____.
17                                                      A. Catherine Lagarde
                                                        Attorneys for Plaintiff FRANK CAMBRA
18

---

STIPULATION SETTING BRIEFING SCHEDULE ON PARTIES' DISCOVERY MOTIONS; [PROPOSED] ORDER
Case No. C 04 4606 MMC

## ORDER

Having reviewed the Stipulation executed by Plaintiff FRANK CAMBRA ("Plaintiff") and Defendant CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY, a division of Chevron U.S.A. Inc., formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM ("Defendant") the Court hereby orders the following briefing schedule for Plaintiff's pending Expedited Motion For Leave to Take Oral Deposition ("Plaintiff's Motion") and for Defendant's anticipated discovery motion ("Defendant's anticipated motion"):

- Defendant's anticipated motion shall be filed and served no later than Thursday, ~~June~~ JULY 13, 2006 if it is to fall within the briefing scheduled ordered herein;

- The hearing on both Plaintiff's Motion and Defendant's anticipated motion shall take place on July 24, 2006 at 3:00 p.m. in Coutroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco;

- Any papers filed in opposition to either Plaintiff's Motion or Defendant's anticipated motion shall be filed and served BY JULY 19, 2006 ~~two court days before the hearing set by this Court~~;

- ~~Defense counsel shall be entitled to appear telephonically at the scheduled hearing if needed;~~

/ / /

/ / /

---

STIPULATION SETTING BRIEFING SCHEDULE ON PARTIES' DISCOVERY MOTIONS; [PROPOSED] ORDER
Case No. C 04 4606 MMC

- Both parties waive the right to file reply papers in support of their respective motions.

**IT IS SO ORDERED.**

Dated: July 10, 2006

EDWARD M. CHEN
United States Magistrate Judge

STIPULATION SETTING BRIEFING SCHEDULE ON PARTIES' DISCOVERY MOTIONS; [PROPOSED] ORDER
Case No. C 04 4606 MMC