UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA, | No. C-04-4606 MMC (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EXPEDITED MOTION FOR LEAVE TO TAKE ORAL DEPOSITION** |
| CHEVRON TEXACO CORP., *et al.*, | |
| Defendants. / | **(Docket No. 30)** |

   Plaintiff Frank J. Cambra has filed a motion asking that he be given leave to take certain depositions, even though (1) the discovery cut-off date has passed and (2) two of the depositions would be in excess of the ten depositions permitted each side under the Federal Rules of Civil Procedure. Having considered the parties' briefs and accompanying submissions as well as the oral argument of counsel, and good cause appearing therefor, the Court hereby GRANTS in part and DENIES in part Mr. Cambra's motion.

   The Court shall permit Mr. Cambra to take the deposition of Fiona Young as she is a critical percipient witness. Her deposition is not a 30(b)(6) deposition. In addition, Defendants shall provide the following information for the individuals who were selected for the six positions for which Mr. Cambra applied: names, ages, positions, titles, and grades. That information shall be provided by way of a declaration within seven days of this order. The Court denies Mr. Cambra's request to depose Ken Harvey.

   Finally, the Court takes note of Defendants' concern that Mr. Cambra may have publicly filed documents designated confidential by Defendants. It does not appear that any such documents were

1 publicly filed but rather only lodged with the Court.  Mr. Cambra is advised that, in the future, if he
2 wishes to submit confidential documents to the Court for its consideration, he should follow the
3 Local Rules for filing documents under seal.  *See* Civ. L.R. 79-5.

5     IT IS SO ORDERED.

7 Dated: July 25, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge