IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA,<br><br>        Plaintiff,<br>  v.<br><br>CHEVRON INTERNATIONAL<br>EXPLORATION & PRODUCTION,<br><br>        Defendant                    / | No. C 04-4606 MMC (EMC)<br><br>**ORDER DENYING OBJECTION TO NONDISPOSITIVE PRETRIAL ORDER ISSUED BY MAGISTRATE JUDGE EDWARD M. CHEN ON PLAINTIFF'S EXPEDITED MOTION FOR LEAVE TO TAKE ORAL DEPOSITION; MODIFYING PRETRIAL PREPARATION ORDER** |

       Before the Court is defendant's objection, filed July 28, 2006, to Magistrate Judge Edward M. Chen's Order Granting in Part and Denying in Part Plaintiff's Expedited Motion for Leave to Take Oral Deposition.

       Having fully considered the matter, the Court hereby DENIES the objection for the reason defendant has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law). Because the subject order, in essence, allows for a limited extension of the discovery cutoff, however, the Court will extend the time within which any party may file a dispositive motion.

       Accordingly, the Pretrial Preparation Order, filed September 26, 2005, is hereby AMENDED to extend the deadline for filing dispositive motions from August 11, 2006 to August 25, 2006.

       **IT IS SO ORDERED.**

Dated: July 31, 2006


MAXINE M. CHESNEY
United States District Judge