IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA, | No. 04-4606 MMC |
| Plaintiff, | **ORDER RE EMAIL COMMUNICATION** |
| v. | |
| CHEVRONTEXACO CORP., | |
| Defendant / | |

The Court has been advised by the Clerk of the Court that plaintiff, through a legal assistant to his counsel, has sent an email to the Court, requesting information on the issuance of a letter of request.

The Court does not engage in ex parte communications with parties. Further, any request for an order must be presented by motion, see Civil L. R. 7-1, and, as any such motion pertains to a letter of request, must be made pursuant to the procedures set forth in Rule 28(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: August 18, 2006

MAXINE M. CHESNEY
United States District Judge