IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. CAMBRA,<br><br>      Plaintiff,<br>  v.<br><br>CHEVRON INTERNATIONAL<br>EXPLORATION & PRODUCTION,<br><br>      Defendant                     / | No. C 04-4606 MMC (EMC)<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR LETTER OF REQUEST; VACATING HEARING** |

      Before the Court is plaintiff's Application for Letter of Request to Supreme Court of England and Wales for Issuance of Subpoena Duces Tecum to Ken Harvey, filed August 25, 2006, and amended August 29, 2006.  In his application, plaintiff, pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, seeks issuance of a Letter of Request, to be directed to the Supreme Court of England and Wales and requesting therein assistance in serving upon Ken Harvey ("Harvey") a subpoena duces tecum requiring Harvey to appear at the trial of the instant matter.  Having reviewed the matter, the Court VACATES the hearing scheduled for October 6, 2006, and rules as follows.

      Rule 28(b) provides that a party may take "depositions" in a foreign country pursuant to a letter of request issued by a district court.  See Fed. R. Civ. P. 28(b).  The rule, however, does not provide that a party may require, through a letter of request or otherwise, a foreign resident to appear at trial in the United States.  Further, the Court

declines to construe plaintiff's application as a request to conduct a deposition of Harvey in England; by order filed July 25, 2006, Magistrate Judge Edward M. Chen found plaintiff has not shown good cause to extend the discovery cut-off date for the purpose of taking Harvey's deposition.

Accordingly, plaintiff's application is hereby DENIED.

**IT IS SO ORDERED**.

Dated: August 29, 2006

MAXINE M. CHESNEY
United States District Judge